AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| VIÑA UNDURRAGA S.A., a Chilean corporation, Vitacura 2939, Piso 21, Las Condes Santiago, Chile,<br><br>*Plaintiff(s)*<br>v.<br>SERINE-CANNONAU VINEYARD, INC., a California corporation, 870 Arbor Road, Paso Robles, California 93446<br><br>*Defendant(s)* | Civil Action No. 2:15-cv-9658 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Serine-Cannonau Vineyard, Inc., 870 Arbor Road, Paso Robles, California 93446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William M. Hensley, AlvaradoSmith APC, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO-440